**SEALED**

FILED
August 7, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      RR
               Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Case No: SA:24-CR-00368-FB

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>TRISTAN JAMES BANDA<br><br>Defendant | **INDICTMENT**<br><br>**COUNT 1:** 18 U.S.C. § 922(a)(1)(A)<br>Dealing in Firearms Without a License |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. § 922(a)(1)(A)]

From on or about February 2022 to on or about February 6, 2024, in the Western District of Texas, Defendant,

**TRISTAN JAMES BANDA,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY:  _____
     FOR WILLIAM F. CALVE
     Assistant United States Attorney